Wm. C. McDUFFIE, as Receiver of RICHFIELD OIL COMPANY OF CALIFORNIA, Appellant, v. William B. WEBSTER, Appellee.
No. 7473.

Circuit Court of Appeals, Ninth Circuit.
May 7, 1934.

William I. Gilbert, of Los Angeles, Cal., for appellant.

Russell H. Pray, of Long Beach, Cal., for appellee.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant, ordered appeal dismissed; without costs to either party; mandate forthwith.